# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBERT VOSS, )<br>)<br>Petitioner, )<br>v. )<br>)<br>TOM HANLON, Superintendent, )<br>)<br>Respondent. ) | No. 1:07-cv-0024-SEB-JMS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 06/19/2007

*[signature]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Pamela Sue Moran
INDIANA STATE ATTORNEY GENERAL
pamela.moran@atg.in.gov

Robert A. Voss
#910064
Westville Correctional Center
P.O. Box 473
Westville, IN 46391